# EXHIBIT 2

201835510399

**Secretary of State** | **LLC-5**

# Application to Register a Foreign Limited Liability Company (LLC)

**IMPORTANT — Read Instructions before completing this form.**

Must be submitted with a current Certificate of Good Standing issued by the government agency where the LLC was formed. See Instructions.

**Filing Fee – $70.00**

**Copy Fees** – First page $1.00; each attachment page $0.50; Certification Fee - $5.00

*Note:* Registered LLCs in California may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to https://www.ftb.ca.gov.

**FILED** LIA
Secretary of State
State of California

DEC 20 2018

lcc

**This Space For Office Use Only**

**1a. LLC Name** (Enter the exact name of the LLC as listed on your attached Certificate of Good Standing.)

JONESWORKS LLC

**1b. California Alternate Name, If Required** (See Instructions – Only enter an alternate name if the LLC name in 1a not available in California.)

**2. LLC History** (See Instructions – Ensure that the formation date and jurisdiction match the attached Certificate of Good Standing.)

| a. Date LLC was formed in home jurisdiction (MM/DD/YYYY) | b. Jurisdiction (State, foreign country or place where this LLC is formed.) |
|---|---|
| 10 / 2 / 2018 | Delaware |

c. **Authority Statement** (Do not alter Authority Statement)

This LLC currently has powers and privileges to conduct business in the state, foreign country or place entered in Item 2b.

**3. Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| a. Street Address of Principal Executive Office - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 9301 Wilshire Boulevard, Suite 504 | Beverly Hills | CA | 90201 |
| b. Street Address of Principal Office in California, **if any - Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
| 9301 Wilshire Boulevard, Suite 504 | Beverly Hills | CA | 90201 |
| c. Mailing Address of Principal Executive Office, **if different than item 3a** | City (no abbreviations) | State | Zip Code |

**4. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 4a and 4b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is not a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 4c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b

Frankfurt Kurnit Klein & Selz, P.C.

**5. Read and Sign Below** (**See Instructions.** Title not required.)

I am authorized to sign on behalf of the foreign LLC.

[signature]
Signature

Laura Rosenblum
Type or Print Name



2017 California Secretary of State
www.sos.ca.gov/business/be

# Delaware

The First State



*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "JONESWORKS LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTIETH DAY OF DECEMBER, A.D. 2018.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "JONESWORKS LLC" WAS FORMED ON THE SECOND DAY OF OCTOBER, A.D. 2018.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN ASSESSED TO DATE.*

Jeffrey W. Bullock, Secretary of State

7083317 8300

SR# 20188288017

Authentication: 204150434

Date: 12-20-18

You may verify this certificate online at corp.delaware.gov/authver.shtml

20183551039 9

**Secretary of State**
Statement of No Change
(Limited Liability Company)

**LLC-12NC**

21-F45121

FILED

In the office of the Secretary of State
of the State of California

OCT 20, 2021

**IMPORTANT — Read instructions before completing this form. This form may be used only if a complete Statement of Information has been filed previously and there has been no change.**

**Filing Fee – $20.00**

**Copy Fee –** $1.00;
Certification Fee - $5.00 plus copy fee

*This Space For Office Use Only*

**1. Limited Liability Company Name** (Enter the **exact** name of the LLC as it is recorded with the California Secretary of State. Note: If you registered in California using an alternate name, see instructions.)

JONESWORKS LLC

| **2. 12-Digit Secretary of State File Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 201835510399 | DELAWARE |

**4. No Change Statement** (Do not alter the No Change Statement. If there has been any change, please complete a Statement of Information (Form LLC-12).)

*There has been no change in any of the information contained in the previous complete Statement of Information filed with the California Secretary of State.*

**5.** The information contained herein is true and correct.

| 10/20/2021 | Stephanie Jones | officer | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document, enter the name of a person or company and the mailing address. This information will become public when filed. (SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:



2017 California Secretary of State
www.sos.ca.gov/business/be

BA20241564940

B3006-1057 08/30/2024 10:12 AM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20241564940
Date Filed: 8/30/2024

Entity Details

| | |
|---|---|
| Limited Liability Company Name | JONESWORKS LLC |
| Entity No. | 201835510399 |
| Formed In | DELAWARE |

Street Address of Principal Office of LLC

| | |
|---|---|
| Principal Address | 9301 WILSHIRE BOULEVARD, SUITE 504<br>LOS ANGELES, CA 90201 |

Mailing Address of LLC

| | |
|---|---|
| Mailing Address | 9301 WILSHIRE BOULEVARD, SUITE 504<br>LOS ANGELES, CA 90201 |
| Attention | |

Street Address of California Office of LLC

| | |
|---|---|
| Street Address of California Office | 9301 WILSHIRE BOULEVARD, SUITE 504<br>LOS ANGELES, CA 90201 |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
|---|---|
| STEPHANIE JONES | 211 EAST 43RD STREET<br>NEW YORK, NY 10017 |
| JASON HODES | 211 EAST 43RD STREET<br>NEW YORK, NY 10017 |
| BRENT MONTGOMERY | 484 PACIFIC STREET<br>STAMFORD, CT 06902 |

Agent for Service of Process

| | |
|---|---|
| California Registered Corporate Agent (1505) | FRANKFURT KURNIT KLEIN & SELZ, P.C.<br>Registered Corporate 1505 Agent |

Type of Business

| | |
|---|---|
| Type of Business | PUBLIC RELATIONS |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
|---|---|
| STEPHANIE JONES | 211 EAST 43RD STREET<br>NEW YORK, NY 10017 |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *STEPHANIE JONES* | *08/30/2024* |
| Signature | Date |

B3006-1058 08/30/2024 10:12 AM Received by California Secretary of State