# EXHIBIT 3

VOL: 7728 PG: 157
Inst: 07497

R/R
Attorney Steven J. Baron
600 Summer Street, #2
Stamford, CT 06901

---

# *WARRANTY DEED*-SURVIVORSHIP

## To all People to whom these Presents shall Come, Greeting:

Know ye, That **Alejandro Nicolas Aguzin,** of 15 Mountain Laurel Drive, Greenwich, CT 06830, herein designated as the Grantor, for the consideration of the sum of Two Million, Six Hundred Seventy-Five Thousand And 00/100 ($2,675,000.00) Dollars received to the Grantor's full satisfaction from **Jason Hodes and Stephanie Jones** of 111 Montauk Blvd., East Hampton, NY 11937, as Joint Tenants With Rights of Survivorship, herein designated as the Grantees, do hereby give, grant, bargain, sell and convey to the Grantees and to the survivor of them and to such survivor's heirs and assigns forever:

See Schedule A attached hereto and made a part hereof, which has the address of **"15 Mountain Laurel Drive, Greenwich, CT 06830"** ("Property Address").

***TO HAVE AND TO HOLD*** the premises hereby conveyed with the appurtenances thereof, unto the Grantees and unto the survivor of them and unto such survivor's heirs and assigns forever, to their proper use and behoove, ***and*** the Grantors do for themselves, their heirs, successors and assigns, covenant with the Grantees and with the survivor of them and with such survivor's heirs and assigns, that the Grantors are well seized of the premises as a good indefeasible estate in FEE SIMPLE; have good right to grant and convey the same in manner and form as herein written and the same are free from all encumbrances whatsoever, except as herein stated.

***AND FURTHERMORE***, the Grantors do by these presents bind themselves and their heirs, successors and assigns forever to WARRANT AND DEFEND the premises hereby conveyed to the Grantees and to the survivor of them and to such survivor's heirs and assigns against all claims and demands whatsoever, except as herein stated.

In all references herein to any parties, persons, entities or corporations, the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

CONVEYANCE TAX RECEIVED
STATE $ $31,187.50
LOCAL $ $6,687.50
CARMELLA C. BUDKINS
GREENWICH Town Clerk

***IN WITNESS WHEREOF***, the Grantors have hereunto set their hands and seals, or if a corporation, it has caused these presents to be signed by its corporate officers and its corporate seal to be hereto affixed this 19 day of August, 2020.

Signed, Sealed, and Delivered in the presence of
or Attested by

Witness: Yuen Wing Mun Mabel

**Alejandro Nicolas Aguzin**

Witness: AVENDANO AGUZIN, Ines

State of China )
)
County of Hong Kong )

The foregoing instrument was signed and acknowledged before me this 19 day of August, 2020 by **Alejandro Nicolas Aguzin.**

Name Samuel Wai Choi Li
Notary Public
My Commission expires on: lifelong commission

**SAMUEL WAI CHOI LI**
NOTARY PUBLIC, HONG KONG
Unit 1706, 17th Floor,
Unicorn Trade Centre,
127 Des Voeux Road Central,
Hong Kong.
www.SamuelLiAndCo.com

# SCHEDULE A
# PROPERTY DESCRIPTION

ALL THAT CERTAIN tract, piece or parcel of land, together with the buildings and improvements thereon, situated in the Town of Greenwich, County of Fairfield and State of Connecticut, shown and designated as Lot #8 on a certain map entitled, "Property of Daniel J. Brick, et al, Greenwich, Conn." Prepared by S.E. Minor & Co., Inc., Civil Engineers, dated Sept. 25, 1978, which map is recorded in the Greenwich Land Records as Map #5661.

TOGETHER WITH the right to use the private road shown on said Map #5661 as Mountain Laurel Drive, in common with others to whom this right has been or may hereafter be granted, for all lawful purposes of travel and connecting with public utilities located therein.

TOGETHER WITH all rights granted pursuant to an Easement dated April 16, 1984 and recorded in Volume 1381 at Page 84 of the Greenwich Land Records.

Being the same premises conveyed to Mary Vartuli by Michael P. Vartuli by Warranty Deed dated July 17, 1989 and recorded in Volume 1957 at Page 12 of the Greenwich Land Records.

The PREMISES are conveyed subject to the following:

1. Real Estate Taxes of the Town of Greenwich, hereinafter due and payable.

2. Sewer and water use charges to the Town of Greenwich, hereinafter due and payable.

3. Limitations of use imposed by governmental authority and zoning and planning rules and regulations of the Town of Greenwich.

4. Private Association dues, if any.

5. Declaration of Restrictions for Northlake Associates dated April 25, 1979 and recorded May 1, 1979 in Volume 1125 at Page 44 of the Greenwich Land Records.

6. Notes contained on and made a part of a certain map entitled "Property of Daniel J. Brick, et al, Greenwich, Conn." Prepared by S. E. Minor & Co., Inc. Civil Engineers, dated September 25, 1978, which map is recorded in the Greenwich Land Records as Map No. 5661.

7. The effect, if any, of any rights of others in and to the use of a "private road" which private roads runs from Round Hill Road to Lake Avenue, as specifically set forth in a certain Executor's deed from John W. Ruef and Bankers Trust Company, as Executors of the Last Will and Testament of J. Clifton Edgar to Southwich Vietr, dated March 26, 1941 and recorded March 18, 1941 in Volume 375 at Page 357 of the Greenwich Land Records.

8. The effect, if any, of an agreement that no part of a certain private lane or wood road shall be dedicated for use as a public highway as more fully set forth in a certain Executor's deed from John W. Ruef and Bankers Trust Company, as Executors of the Last Will and Testament of J. Clifton Edgar to Southwich Vietr, dated March 26, 1941 and recorded March 18, 1941 in Volume 375 at Page 357 of the Greenwich Land Records.

VOL: 7728 PG: 160
Inst: 07497

9. Grant from Southwick Vietor et als to The Connecticut Light and Power Company dated April 1, 1946 and recorded May 11, 1946 in Volume 411 at Page 355 of the Greenwich Land Records.

10. Covenants, agreements and reservations as set forth in a certain deed from Bankers Trust Company and John W. Ruef as Trustees under the Will of J. Clifton Edgar, deceased, and C. Soutter Edgar and Clifton Edgar to William Raymond Brick dated September 15, 1955 and recorded October 6, 1955 in Volume 544 at Page 247 of the Greenwich Land Records.

11. Rights of others in or to any brook, stream, pond or watercourses on, flowing through or bordering said premises or any Conservation Area as shown on said Map #5661.

12. Rights-of-way of others through, over or across any Conservation Area shown on said Map #5661.

13. Reservations as set forth in a Warranty Deed from M.P. Vartuli, Inc. to Haakom Fretheim dated October 10, 1979 and recorded in Volume 1147 at Page 309 of the Greenwich Land Records.

14. Grant from Paul R. Florita and M. P. Vartuli, Inc. and Daniel J. Brick and Catherine Brick, John Brick, Mrs. John T. Holland and Mrs. Ralph M. Cerretta, Jr. acting by their attorneys-in-fact Herbert C. Hudson and Henry P. Imbres to New York Telephone Company dated November 8, 1979 and recorded September 5, 1980 in Volume 1185 at Page 129 of the Greenwich Land Records.

15. Covenants and Agreements as contained in an Easement from Haakom Fretheim to Raymond Sery, et ux, dated April 16, 1984 and recorded in Volume 1381 at Page 84 of the Greenwich Land Records.

16. Effect, if any, Reservation of a Conservation Easement as more fully set forth in a Corrected Deed from M.P. Vartuli, Inc. and Paul R. Fiorita to Haakom Fretheim dated December 24, 1980 and recorded in Volume 1202 at Page 247 of the Greenwich Land Records.

17. The effect, of the designation of the premises as wetlands under the provisions of the Inland Wetland and Water Courses Act of the State of Connecticut, as amended, and under Section 404 Public Law 92-500 of the 1972 Amendments of the Federal Water Pollution Control Act, as amended, all as more particularly set forth in Permit No. 79-5 issued by the Inland Wetland and Water Courses Agency of the Town of Greenwich.

RECEIVED FOR RECORD
AUG 31, 2020 11:39:35 AM
CARMELLA C. BUDKINS
Town Clerk
GREENWICH, CT