IH-32 Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

Full Caption of Later Filed Case:

Jonesworks LLC

Plaintiff

vs.

Katherine Case

Defendant

Case Number

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Stephanie Jones, Jonesworks LLC

Plaintiff

vs.

Jennifer Abel, Melissa Nathan, Justin Baldoni, Wayfarer Studios, LLC, John Does 1-10

Defendant

Case Number

25-cv-779

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

The Jones/Jonesworks case is presently pending. It is scheduled for trial in February, 2027. It involves, among other claims, that Jennifer Abel ("Abel") and Melissa Nathan ("Nathan") conspired to steal Stephanie Jones ("Jones") and Jonesworks' clients, that Abel improperly retained confidential business information obtained while employed at Jonesworks, and that Nathan and Abel disparaged Jones and Jonesworks, including by soliciting statements for a "Business Insider" story and websites about Jones and Jonesworks. Critical to the case was the determination made by Judge Liman on March 26, 2026 in which Jones' motion to amend her Complaint was denied. Judge Liman denied the motion by Jones/Jonesworks to add/name Nathan as a "Doe" defendant in the defamation cause of action stated in the Jones/Jonesworks Complaint and denied the request to add a cause of action for tortious interference with prospective business relations against Nathan.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

In the newly filed matter, it is alleged that Defendant Katherine Case ("Case"), after leaving her employment with Jonesworks, went to work for Nathan and The Agency Group, of which Nathan was CEO. In essence, the matter filed against defendant Case, though couched as a claim for breach of contract, for the most part involves claims that she defamed Jones and/or Jonesworks in statements published in the "Business Insider" article referenced in the presently pending case and in websites about Jonesworks and Jones referenced in the presently pending case. In the newly filed matter, it is also alleged that Case took clients and/or improperly used confidential materials obtained during her employment with Jones to divert clients from Jonesworks at the same time as Jones/Jonesworks contends Abel and Nathan were doing the same thing in the original action.

Signature: /s/ Jennifer L. Beidel Date: 9/8/2026

Firm: Dykema Gossett PLLC