UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JONESWORKS LLC<br><br>*Plaintiff,*<br><br>v.<br><br>KATHERINE CASE<br><br>*Defendant.* | § § § § § § § § § § § § § | 1:26-CV-07685 |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiff Jonesworks LLC ("Plaintiff") and Defendant Katherine Case ("Ms. Case") (collectively, the "Parties"), by and through their respective undersigned counsel, have reached a settlement of all claims asserted by Plaintiff against Ms. Case in the above-captioned action;

WHEREAS, the Parties have stipulated and agreed to the dismissal with prejudice of all claims asserted by Plaintiff against Ms. Case, with each party to bear its own attorneys' fees and costs except as otherwise provided in the parties' settlement agreement; and

WHEREAS, good cause appearing therefor;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. All claims asserted by Plaintiff against Katie Case (also known as Katherine Case) in the above-captioned action are hereby **DISMISSED WITH PREJUDICE**.
2. Each party shall bear its own attorneys' fees and costs with respect to the claims between Plaintiff and Ms. Case, except as otherwise provided in the parties' settlement agreement.
3. The Court retains jurisdiction to enforce the terms of this Order.

**SO ORDERED.**

Dated: ________________

______________________________________
United States District Judge

**AGREED AND STIPULATED:**

**COUNSEL FOR PLAINTIFFS:**

Dated: 9/15/2026

By: DocuSigned by: Brad Beckworth FA062A0638AF41D...

Bradley Beckworth
**NIX PATTERSON LLP**
Building 1, Suite 500
Austin, Texas 78746
Tel: 512-328-5333
bbeckworth@nixlaw.com

**COUNSEL FOR KATHERINE CASE:**

Dated: 9/15/2026

By: Signed by: James Case 66471DEA8CA4414...

James Case
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Tel: 313-568-6507
JCase@dykema.com